UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SARAH A. WHALEN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1265 C/W 20-1266**<br>**REF: 20-1265** |
| **MARK E. MORICE, ET AL** | **SECTION "B"(4)** |

## JUDGMENT

Entry of final judgment is proper because the Court issued an Order and Reasons granting summary judgment in favor of Defendants;

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants dismissing Plaintiffs' federal based claims against Defendants with prejudice, and declining supplemental jurisdiction over all state based claims.

New Orleans, Louisiana this 17th day of September 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE